UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Adolfo Gutierrez Avila, Jr.,

      Plaintiff,

v.

Vicky Janssen,
*MCF-RC Warden,*

      Defendant.

Case No. 19-cv-3112 PJS/ECW

**ORDER**

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated December 22, 2020, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. The Petition (Dkt. 1) is **DENIED** and that this action is **DISMISSED WITH PREJUDICE**.

2. Petitioner's Motions to Expand the Record (Dkts. 12, 16) is **DENIED**.

3. No certificate of appealability be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 1/13/21

                                            PATRICK J. SCHILTZ
                                            United States District Judge